IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | § § § | |
| *Plaintiff* | § § § | CIVIL ACTION NO. 4:16-CV-00273 |
| v. | § § | |
| STEADFAST INSURANCE COMPANY, | § § § | |
| *Defendant* | | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Scottsdale Insurance Company and Defendant, Steadfast Insurance Company, jointly announce to the Court that the above-referenced case has been settled. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and attorney fees incurred.

A proposed order approved by all counsel is submitted herewith.

Respectfully submitted,

_____
Brittan L. Buchanan
State Bar No: 03285680
Laura Grabouski
State Bar No: 24031595
Donna Peery
State Bar No.: 00791752
**TULLY RINCKEY PLLC**
3724 Executive Center Dr.
Proctor Building, Suite 205
Austin, Texas 78731

|  |  |
|---|---|
| Telephone: | 512.225.2800 |
| Facsimile: | 512.225.2801 |
| Email: | bbuchanan@tullylegal.com |
|  | lgrabouski@tullylegal.com |
|  | dpeery@tullylegal.com |

**ATTORNEYS FOR DEFENDANTS**

Respectfully submitted,

/s/ Gregory R. Ave
Gregory R. Ave
State Bar No.: 01448900
**WALTERS, BALIDO & CRAIN, LLP**
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, TX 75231
Telephone:   214-347-8311
Facsimile:   214-347-8310
Email:   greg.ave@wbclawfirm.com
**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, a true and correct copy of the foregoing was served via E-mail and Regular Mail on plaintiff's counsel of record, as follows:

Gregory R. Ave
State Bar No.: 01448900
**WALTERS, BALIDO & CRAIN, LLP**
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, TX 75231
Telephone:   214-347-8311
Facsimile:   214-347-8310
Email:   greg.ave@wbclawfirm.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Brittan L. Buchanan
Brittan L. Buchanan