United States District Court
Southern District of Texas
**ENTERED**
December 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | § § § § | |
| Plaintiff | § § | CIVIL ACTION NO. 4:16-CV-00273 |
| v. | § § | |
| STEADFAST INSURANCE COMPANY, | § § § | |
| Defendant | | |

## ORDER APPROVING STIPULATION OF DISMISSAL

On this day, the parties' Joint Stipulation of Dismissal was considered by the Court. It appearing to the Court that all issues in this case have been resolved and that the parties desire the entry of this Order, it is

ORDERED, ADJUDGED AND DECREED that the Joint Stipulation of Dismissal is approved and that

1. All claims pending in this suit are hereby DISMISSED WITH PREJUDICE as to the refiling of same in this or any other court.

2. Each party will bear its own costs and attorney fees.

IT IS SO ORDERED.

SIGNED this the 20th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM:**

/s/ *Brittan L. Buchanan*
Brittan L. Buchanan
State Bar No: 03285680
Laura Grabouski
State Bar No: 24031595
Donna Peery
State Bar No.: 00791752
**TULLY RINCKEY PLLC**
3724 Executive Center Dr.
Proctor Building, Suite 205
Austin, Texas 78731
Telephone:   512.225.2800
Facsimile:   512.225.2801
Email:   bbuchanan@tullylegal.com
         lgrabouski@tullylegal.com
         dpeery@tullylegal.com
**ATTORNEYS FOR DEFENDANTS**

/s/ *Gregory R. Ave*
Gregory R. Ave
State Bar No.: 01448900
**WALTERS, BALIDO & CRAIN, LLP**
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, TX 75231
Telephone:   214-347-8311
Facsimile:   214-347-8310
Email:   greg.ave@wbclawfirm.com
**ATTORNEYS FOR PLAINTIFF**